**Pay Statement**
**School District of Philadelphia**

| Employee Name | Employee ID | Check Number | Period End Date | Payment Date |
|---|---|---|---|---|
| Stephanie Brown | 211 | | 2026-05-15 | 2026-05-22 |

| Summary | | |
|---|---|---|
| **Description** | **Current** | **Year to Date** |
| Gross Earnings | 2,900.89 | 37,201.97 |
| Imputed Earnings | 8.25 | 90.75 |
| Pretax Deductions | 371.19 | 4,480.02 |
| Employee Tax Deductions | 635.40 | 8,843.56 |
| Voluntary Deductions | 32.93 | 403.12 |
| Net Payment | 1,853.12 | 23,384.52 |

| Earnings | | |
|---|---|---|
| **Description** | **Current** | **Year to Date** |
| Base Pay 10 Month Earnings Results | 3,481.88 | 42,217.84 |
| Legal Fund Employer PFT Earnings Results | 8.25 | 90.75 |
| Professional Development Participant Retro | 0.00 | 49.22 |
| Reserve Accrual Earnings Results | -589.24 | -7,549.66 |

| Absences | | |
|---|---|---|
| **Description** | **Current** | **Year to Date** |
| Coded Leave Not Available Earnings Deduction | -870.48 | -2,611.44 |
| Illness in Family With Pay  Earnings Deduction | 0.00 | -1,305.72 |
| Illness in Family With Pay  Earnings Results | 0.00 | 652.86 |
| Personal Leave Prep Payback  Earnings Deduction | 0.00 | -1,740.96 |
| Personal Leave Prep Payback  Earnings Results | 0.00 | 1,740.96 |

| Pretax Deductions | | |
|---|---|---|
| **Description** | **Current** | **Year to Date** |
| PSERS Employee Results | 216.95 | 2,783.38 |
| Salary Medical Employee - PFT PPO 25 Results | 54.24 | 596.64 |
| TSA 403B Employee Results | 100.00 | 1,100.00 |

| Tax Deductions | | |
|---|---|---|
| **Description** | **Current** | **Year to Date** |
| FIT Withheld | 219.72 | 3,502.09 |
| Social Security Employee Withheld | 176.49 | 2,269.53 |
| Medicare Employee Withheld | 41.28 | 530.78 |
| SIT Withheld (PA) | 87.39 | 1,123.75 |
| SUI Employee Withheld (PA) | 2.03 | 26.05 |
| City Withheld (PA,Philadelphia,Philadelphia) | 108.49 | 1,391.36 |

| Other Deductions | | |
|---|---|---|
| **Description** | **Current** | **Year to Date** |
| Basic Life Employee Results (0) | 2.00 | 10.00 |

**Pay Statement**

**School District of Philadelphia**

| | | |
|---|---|---|
| PAC Fund PFT Results (0) | 2.00 | 22.00 |
| Union Dues PFT Results (0) | 28.93 | 371.12 |

| Check/Deposit Number | Bank Name | Payment Amount |
|---|---|---|
| 211606831 | Pennsylvania State Employees Credit Union | 1,853.12 |

**Pay Statement**
**School District of Philadelphia**

Page: 1 of 2

| Employee Name | Employee ID | Check Number | Period End Date | Payment Date |
|---|---|---|---|---|
| Stephanie Brown | 211 | | 2026-05-01 | 2026-05-08 |

| Summary | | |
|---|---|---|
| **Description** | **Current** | **Year to Date** |
| Gross Earnings | 3,262.47 | 34,301.08 |
| Imputed Earnings | 8.25 | 82.50 |
| Pretax Deductions | 398.31 | 4,108.83 |
| Employee Tax Deductions | 758.72 | 8,208.16 |
| Voluntary Deductions | 34.54 | 370.19 |
| Net Payment | 2,062.65 | 21,531.40 |

| Earnings | | |
|---|---|---|
| **Description** | **Current** | **Year to Date** |
| Base Pay 10 Month Earnings Results | 3,917.12 | 38,735.96 |
| Legal Fund Employer PFT Earnings Results | 8.25 | 82.50 |
| Professional Development Participant Retro | 0.00 | 49.22 |
| Reserve Accrual Earnings Results | -662.90 | -6,960.42 |

| Absences | | |
|---|---|---|
| **Description** | **Current** | **Year to Date** |
| Coded Leave Not Available Earnings Deduction | -435.24 | -1,740.96 |
| Illness in Family With Pay  Earnings Deduction | 0.00 | -1,305.72 |
| Illness in Family With Pay  Earnings Results | 0.00 | 652.86 |
| Personal Leave Prep Payback  Earnings Deduction | 0.00 | -1,740.96 |
| Personal Leave Prep Payback  Earnings Results | 0.00 | 1,740.96 |

| Pretax Deductions | | |
|---|---|---|
| **Description** | **Current** | **Year to Date** |
| PSERS Employee Results | 244.07 | 2,566.43 |
| Salary Medical Employee - PFT PPO 25 Results | 54.24 | 542.40 |
| TSA 403B Employee Results | 100.00 | 1,000.00 |

| Tax Deductions | | |
|---|---|---|
| **Description** | **Current** | **Year to Date** |
| FIT Withheld | 290.50 | 3,282.37 |
| Social Security Employee Withheld | 198.91 | 2,093.04 |
| Medicare Employee Withheld | 46.52 | 489.50 |
| SIT Withheld (PA) | 98.49 | 1,036.36 |
| SUI Employee Withheld (PA) | 2.28 | 24.02 |
| City Withheld (PA,Philadelphia,Philadelphia) | 122.02 | 1,282.87 |

| Other Deductions | | |
|---|---|---|
| **Description** | **Current** | **Year to Date** |
| Basic Life Employee Results (0) | 0.00 | 8.00 |

**Pay Statement**

**School District of Philadelphia**

Page: 2 of 2

| | | |
|---|---:|---:|
| PAC Fund PFT Results (0) | **2.00** | **20.00** |
| Union Dues PFT Results (0) | **32.54** | **342.19** |

| Check/Deposit Number | Bank Name | Payment Amount |
|---|---|---:|
| 209130876 | Pennsylvania State Employees Credit Union | **2,062.65** |

## Pay Statement
**School District of Philadelphia**

Page: 1 of 2

| Employee Name | Employee ID | Check Number | Period End Date | Payment Date |
|---|---|---|---|---|
| Stephanie Brown | 211 | | 2026-04-17 | 2026-04-24 |

### Summary

| Description | Current | Year to Date |
|---|---|---|
| Gross Earnings | 3,624.06 | 31,038.61 |
| Imputed Earnings | 8.25 | 74.25 |
| Pretax Deductions | 425.43 | 3,710.52 |
| Employee Tax Deductions | 884.84 | 7,449.44 |
| Voluntary Deductions | 40.16 | 335.65 |
| Net Payment | 2,265.38 | 19,468.75 |

### Earnings

| Description | Current | Year to Date |
|---|---|---|
| Base Pay 10 Month Earnings Results | 4,352.36 | 34,818.84 |
| Legal Fund Employer PFT Earnings Results | 8.25 | 74.25 |
| Professional Development Participant Retro | 0.00 | 49.22 |
| Reserve Accrual Earnings Results | -736.55 | -6,297.52 |

### Absences

| Description | Current | Year to Date |
|---|---|---|
| Coded Leave Not Available Earnings Deduction | 0.00 | -1,305.72 |
| Illness in Family With Pay  Earnings Deduction | 0.00 | -1,305.72 |
| Illness in Family With Pay  Earnings Results | 0.00 | 652.86 |
| Personal Leave Prep Payback  Earnings Deduction | 0.00 | -1,740.96 |
| Personal Leave Prep Payback  Earnings Results | 0.00 | 1,740.96 |

### Pretax Deductions

| Description | Current | Year to Date |
|---|---|---|
| PSERS Employee Results | 271.19 | 2,322.36 |
| Salary Medical Employee - PFT PPO 25 Results | 54.24 | 488.16 |
| TSA 403B Employee Results | 100.00 | 900.00 |

### Tax Deductions

| Description | Current | Year to Date |
|---|---|---|
| FIT Withheld | 364.08 | 2,991.87 |
| Social Security Employee Withheld | 221.33 | 1,894.13 |
| Medicare Employee Withheld | 51.76 | 442.98 |
| SIT Withheld (PA) | 109.59 | 937.87 |
| SUI Employee Withheld (PA) | 2.54 | 21.74 |
| City Withheld (PA,Philadelphia,Philadelphia) | 135.54 | 1,160.85 |

### Other Deductions

| Description | Current | Year to Date |
|---|---|---|
| Basic Life Employee Results (0) | 2.00 | 8.00 |



**Pay Statement**

**School District of Philadelphia**

| | | |
|---|---:|---:|
| PAC Fund PFT Results (0) | 2.00 | 18.00 |
| Union Dues PFT Results (0) | 36.16 | 309.65 |

| Check/Deposit Number | Bank Name | Payment Amount |
|---|---|---:|
| 204657906 | Pennsylvania State Employees Credit Union | 2,265.38 |

**Pay Statement**

**School District of Philadelphia**

Page: 1 of 2

| Employee Name | Employee ID | Check Number | Period End Date | Payment Date |
|---|---|---|---|---|
| Stephanie Brown | 211 | | 2026-04-03 | 2026-04-10 |

| Summary | | |
|---|---|---|
| **Description** | **Current** | **Year to Date** |
| Gross Earnings | **2,539.30** | **27,414.55** |
| Imputed Earnings | **8.25** | **66.00** |
| Pretax Deductions | **344.07** | **3,285.09** |
| Employee Tax Deductions | **542.72** | **6,564.60** |
| Voluntary Deductions | **27.31** | **295.49** |
| Net Payment | **1,616.95** | **17,203.37** |

| Earnings | | |
|---|---|---|
| **Description** | **Current** | **Year to Date** |
| Base Pay 10 Month Earnings Results | **3,046.64** | **30,466.48** |
| Legal Fund Employer PFT Earnings Results | **8.25** | **66.00** |
| Professional Development Participant Retro | **0.00** | **49.22** |
| Reserve Accrual Earnings Results | **-515.59** | **-5,560.97** |

| Absences | | |
|---|---|---|
| **Description** | **Current** | **Year to Date** |
| Coded Leave Not Available Earnings Deduction | **-1,305.72** | **-1,305.72** |
| Illness in Family With Pay  Earnings Deduction | **0.00** | **-1,305.72** |
| Illness in Family With Pay  Earnings Results | **0.00** | **652.86** |
| Personal Leave Prep Payback  Earnings Deduction | **0.00** | **-1,740.96** |
| Personal Leave Prep Payback  Earnings Results | **0.00** | **1,740.96** |

| Pretax Deductions | | |
|---|---|---|
| **Description** | **Current** | **Year to Date** |
| PSERS Employee Results | **189.83** | **2,051.17** |
| Salary Medical Employee - PFT PPO 25 Results | **54.24** | **433.92** |
| TSA 403B Employee Results | **100.00** | **800.00** |

| Tax Deductions | | |
|---|---|---|
| **Description** | **Current** | **Year to Date** |
| FIT Withheld | **179.58** | **2,627.79** |
| Social Security Employee Withheld | **154.07** | **1,672.80** |
| Medicare Employee Withheld | **36.03** | **391.22** |
| SIT Withheld (PA) | **76.29** | **828.28** |
| SUI Employee Withheld (PA) | **1.78** | **19.20** |
| City Withheld (PA,Philadelphia,Philadelphia) | **94.97** | **1,025.31** |

| Other Deductions | | |
|---|---|---|
| **Description** | **Current** | **Year to Date** |
| Basic Life Employee Results (0) | **0.00** | **6.00** |

**Pay Statement**

**School District of Philadelphia**

| | | |
|---|---|---|
| PAC Fund PFT Results (0) | 2.00 | 16.00 |
| Union Dues PFT Results (0) | 25.31 | 273.49 |

| Check/Deposit Number | Bank Name | Payment Amount |
|---|---|---|
| 202403231 | Pennsylvania State Employees Credit Union | 1,616.95 |