Certificate Number: 03621-PAE-DE-041450255

Bankruptcy Case Number: 26-12384

03621-PAE-DE-041450255

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on September 16, 2026, at 8:43 o'clock AM EDT, Stephanie Brown completed a course on personal financial management given by internet by Credit Card Management Services, Inc. d/b/a Debthelper.com, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date: September 16, 2026

By: /s/Wafaa Elmaaroufi

Name: Wafaa Elmaaroufi

Title: Credit Counselor